# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIC L. WOODSON, JR., <br> Petitioner <br> v. <br> BRYAN BIRKHOLZ, <br> Respondent. | Case No. CV 22-00041-DMG (GJS) <br><br> JUDGMENT |

Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: February 22, 2022

/s/ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE